UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 3-96-636

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **GARNISHMENT ORDER** |
| ) | |
| TIMOTHY J. ALTERMATT, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ADECCO STAFFING, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about February 29, 2008.

Defendant has now paid the judgment by compromise. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment served on or about February 29, 2008, is released.

Dated: April 16, 2008

S/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court